The People of the State of Colorado, Appellee, In the Interest of A.L. and R.L., Children, and Concerning C.L. and R.L-M., Appellants. No. 20CA2057
Court of Appeals of Colorado, Fifth Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Logan
 County District Court No. 19JV11 Honorable Carl S. McGuire,
 III, Judge
 
 
 
 OPINION
 
 
 HARRIS
 JUDGE
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Richman and Gomez, JJ ., concur.
 
 
 1